■ In the Matter of KENDALE ROBINSON, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [26 NYS3d 722]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating certain prison disciplinary rules.

Petitioner, a prison inmate, commenced this CPLR article 78 proceeding to challenge a tier III disciplinary determination finding him guilty of possessing drugs and smuggling. The Attorney General has informed this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account. In view of this, and given that petitioner has received all the relief to which he is entitled, this proceeding has been rendered moot and must be dismissed (*see Matter of Shields v Prack*, 131 AD3d 774, 775 [2015]).

Peters, P.J., Egan Jr., Rose and Devine, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.